# EXHIBIT A

Gmail

Raj Patel <raj@rajpatel.live>

**potential representation request**

**Steven David** <sdavid@cchalaw.com> Sun, Jul 7, 2024 at 3:07 PM
To: Rajp2010@gmail.com <Rajp2010@gmail.com>
Cc: Steven David <sdavid@cchalaw.com>, Alexander P. Pinegar <apinegar@cchalaw.com>

Dear Mr. Patel,

I have reviewed all the emails that you have sent me over the course of the long Holiday weekend. Neither Alex nor I are interested in representing you in any of your potential claims that you discussed. Please do not hesitate to reach out to another lawyer or law firm of your choice, but again, we are not interested in representing you. Thank you for reaching out to us.

I wish you good luck with your potential claims.

Steve David

**Steven David** | Of Counsel

**Church Church Hittle + Antrim**
10765 Lantern Road, Suite 201
Fishers, IN 46038

**P:** 317.773.2190 | **F:** 317.572.1609
cchalaw.com

cch+a

The Honorable Former Justice of the
Indiana Supreme Court
Steven H. David

Term: Oct. 18, 2010 to Aug. 31, 2022

Justice David's e-mail proves "frivolous" has been interpreted as "not important" despite the subject matter being a "subjective" standard tied to a citizen's lifestyle choice.