EXHIBIT B

**IN THE STATE OF MISSISSIPPI**
**CIRCUIT COURT FOR HINDS COUNTY**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff* | No. 25CI1:23-cv-00279-WLK |
| v. | Dated: October 9, 2023 |
| THE UNIVERSITY OF NOTRE DAME du LAC *Defendant* | JURY TRIAL WAIVED |

**NOTICE AND CERTIFICATE OF SERVICE**

I, Raj K. Patel, do solemnly swear that I served the complaint [at Dkt. 2] and summons with seals [at Dkts. 3-5] to President Fr. John I. Jenkins and Vice President and General Counsel Marianne Corr, J.D. on June 2, 2023. The U.S.P.S. Priority Mail envelope includes the names of President Jenkins and Vice President Corr.

The U.S.P.S. Tracking Number is 9410 8112 0620 3799 9613 41. See Exs. A & B.

It is my understanding, from the public dockets, that the Defendant University of Notre Dame du Lac has failed to appear.

RESPECTFULLY SUBMITTED, this the 9th day of October 2023.

T.E.,E. MR. RAJ K. PATEL
Signature of Plaintiff (pro se)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651
rajp2010@gmail.com