EXHIBIT B-1

# COUNTY ELECTED OFFICIALS

Mississippi has 82 counties, 72 of which have one county seat. The other 10 have two county seats due to the division of court districts.

Mississippi became a territory of the United States in 1798. On December 10, 1817, Mississippi became the 20th state admitted to the Union. Counties organized prior to statehood and their organization dates are: Adams (1798), Amite (1809), Claiborne (1802), Franklin (1809), Greene (1811), Hancock (1817), Jackson (1812), Jefferson (1799 as Pickering; renamed "Jefferson" in 1802), Lawrence (1814), Marion (1811), Pike (1815), Warren (1809), Wayne (1809), and Wilkinson (1802). The last county formed was Humphreys County in 1918.

County boundaries were changed over time to accommodate the formation of new counties.

# COUNTYWIDE OFFICES

### CHANCERY CLERK AND CIRCUIT CLERK

*Qualifications:* A resident of the county for two (2) years and a qualified elector of the county in which the election is sought. The qualifying fee is $100.

*Duties:* The Chancery Clerk is elected to a four-year term and may run for re-election. The Chancery Clerk is the Clerk of the Board of Supervisors and of the Chancery Court. The Clerk is responsible for maintaining the records of both the Board and the Court.

The Circuit Clerk is elected to a four-year term and may run for re-election. The Clerk is the chief officer of the Circuit Court and chief elections officer of the county. The Clerk maintains the voter rolls and assists the Election Commissioners in purging the voter rolls, and assists election officials to conducting primary and general elections.

### TAX ASSESSOR AND/OR TAX COLLECTOR

*Qualifications:* A resident of the county for two (2) years and a qualified elector of the county in which the election is sought. The qualifying fee is $100.

*Duties:* The Tax Assessor and/or Tax Collector may serve in both capacities in all counties. This official is elected to a four-year term and may run for re-election.

The Assessor's role is to maintain the personal, real, and ad valorem tax rolls of the county. The Collector is responsible for keeping the records of tax payments and depositing the money in the county treasury.

### CORONER

*Qualifications:* A qualified elector of the county in which the election is sought, a resident of the county for two (2) years, at least 21 years old, possessing a high school diploma or its equivalent. The minimum education requirement shall not apply to any Coroner holding office on July 1, 1986, who was re-elected in the 1987 general election and thereafter for as long as he/she maintains continuous active service as a county medical examiner or county medical examiner investigator. The qualifying fee is $100.

*Duties:* The Coroner is elected to a four-year term and may run for re-election. The Coroner is the chief county medical examiner and/or county medical examiner investigator. This official is responsible for issuing declarations of death and performing or reporting results of autopsies in cases requiring such action.

### PROSECUTING ATTORNEY

*Qualifications:* A qualified elector of the county in which the election is sought, a resident of the county for two (2) years immediately preceding the day of the election, and a regular licensed and practicing attorney. Miss. Code Ann. Sec. 19-23-1 (1972). The qualifying fee is $100.

*Duties:* The county prosecuting attorney represents the state in all felony matters before the county's justice courts and county courts. Additionally, the county attorney represents the state in criminal cases appealed from county court to circuit court, can present any matter to the grand jury, and has full responsibility for all misdemeanor

https://www.sos.ms.gov/sites/default/files/publications/State%20%26%20County%20Officials_2026.pdf