EXHIBIT C

**IN THE STATE OF MISSISSIPPI**
**CIRCUIT COURT FOR HINDS COUNTY**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br>*Plaintiff*<br>v.<br>THE UNIVERSITY OF NOTRE DAME du LAC<br>*Defendant* | No. 25CI1:23-cv-00279-WLK |

**PLAINTIFF RAJ K. PATEL'S FORM 37 DOCKET OF ENTRY OF DEFAULT**

Defendant University of Notre Dame du Lac shall cause payment to Plaintiff Raj K. Patel for of $1,500,000,000.00 times treble damages ($4,500,000,000.00) and a punitive damage of $100,000,000.00 for an aggregate total of $4,600,000,000.00 (nine billion six hundred million dollars).

The recovery shall carry the interest at the rate of twenty (20) percent annum from the date of this judgment.

Default entered against defendant this 19 day of October 2023.

Karle Bailey, DC

ZACK WALLACE
Hinds County Circuit Court Clerk

CIRCUIT COURT HINDS COUNTY, MISS.