EXHIBIT D

**IN THE STATE OF MISSISSIPPI**
**CIRCUIT COURT FOR HINDS COUNTY**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, *Plaintiff* v. THE UNIVERSITY OF NOTRE DAME du LAC *Defendant* | No. 25CI1:23-cv-00279-WLK |

**PLAINTIFF RAJ K. PATEL'S AMENDED FORM 37**
**DOCKET OF ENTRY OF DEFAULT**

Defendant shall cause payment of $652,000,000.00 (six hundred fifty-two million dollars) in damages to plaintiff Raj K. Patel.

Default entered against Defendant this 03 day of January 2024.

CIRCUIT COURT HINDS COUNTY, MISS.

L.M.J. D.C.
ZACK WALLACE
Hinds County Circuit Court Clerk