Gmail

**EXHIBIT G-1**

**Raj Patel <raj@rajpatel.live>**

---

## Follow Up Regarding Withdrawal Status and Readmission Procedure

1 message

---

**Kevin O'Rear** <korear@nd.edu> Wed, May 20, 2020 at 10:36 AM
To: Raj Patel <raj@rajpatel.live>
Cc: "Jacob S. Baska" <jbaska@nd.edu>, Jennifer Fox <jenniferfox@nd.edu>

Dear Raj: The questions you submitted recently to Law Registrar Jenny Fox and Director of Admissions Jake Baska have been forwarded to me for response.

You asked Jenny about the form of your withdrawal. You withdrew during the semester separated from the university on November 17, 2017.

You asked Jake about the form(s) required for readmission. The form that you will be required to complete in order to be considered eligible for admission in Spring 2021 is available at: https://docs.google.com/forms/d/e/1FAIpQLSfYBtShGBBh8ehOFbPaPwdOppvw1ekgaxXtpge14JbthHB5bQ/viewform. The deadline for completing an application is October 15, 2020.

As Jake noted in his message to you on May 11, if you choose to reapply you must obtain a certification of readiness from the University Counseling Center. They will provide guidance on their paperwork and related requirements for readmission. You may find the necessary contact information at https://ucc.nd.edu/readmission/.

Please direct any further correspondence to my attention. Thank you.

**Kevin Doyle O'Rear**
*Assistant Dean*
The Law School
University of Notre Dame
law.nd.edu

574-631-5410 (direct)
574-261-7192 (mobile)

1106 Eck Hall of Law
Notre Dame, IN 46556