# EXHIBIT H

33K

**Peter Horvath** <phorvath@nd.edu> Wed, Dec 13, 2017 at 5:25 PM
To: Raj Patel <rpatel4@nd.edu>
Cc: Kevin O'Rear <korear@nd.edu>, Anne Hamilton <Anne.C.Hamilton.4@nd.edu>

Raj,

We are aware that you were hospitalized while you've been away from NDLS. As such, we must follow the University's established protocol, which means you must provide additional information about this hospitalization from your treatment provider(s), irrespective of the initial reason why you withdrew from school and that you did not indicate that you were withdrawing for health reasons. This cannot merely be documentation from a doctor or caregiver you might have seen since the hospitalization, but it must be from the person(s) who treated you at the hospital.

Further, you must provide this information no later than 12:00 PM on Thursday, December 21, as it needs to be reviewed by a counselor in the University Counseling Center. Even then, with counselors being away for the Holidays and considering the time it will take to evaluate information about the hospitalization, the decision on your readmission may be made as late as January 12, 2018.

Peter
[Quoted text hidden]

This proves that both Patel and UND-NDLS understood this to be a visit "away" from NDLS, not a "leave." UND-NDLS and ND Police would not keep a tab on Patel if he had plainly "seperated" or "formally left" NDLS, as is present in tax jargon. Patel also did not claim "separation" benefits on tax returns because of this mutual understanding.

**Raj Patel** <rpatel4@nd.edu> Wed, Dec 13, 2017 at 6:23 PM
To: Peter Horvath <phorvath@nd.edu>

Hello Peter,

Can I ask how the law school was made aware? I'm just wondering.

Thanks,

Raj Patel

Under Indiana law, Patel is the sole owner of his education records. 511 IAC 7-38-1(e). Violates FREPA. (20 U.S.C. § 1232g; 34 CFR Part 99). https://www.in.gov/doe/it/ferpa.

**From:** Peter Horvath <phorvath@nd.edu>
**Sent:** Wednesday, December 13, 2017 5:25:01 PM
[Quoted text hidden]

[Quoted text hidden]

**Peter Horvath** <phorvath@nd.edu> Thu, Dec 14, 2017 at 10:29 AM
To: Raj Patel <rpatel4@nd.edu>
Cc: Kevin O'Rear <korear@nd.edu>, Anne Hamilton <Anne.C.Hamilton.4@nd.edu>

Raj,

NDLS wilfull and wantonly refused to provide him this property proof.

I am not in a position to share that information. The important thing is making sure you are all right and approved to return to school, which is why the University has established the process of getting supporting documentation from a treatment provider. Let's focus on the process and the relevant items needed by 12 PM next Thursday, December 21.

Peter
[Quoted text hidden]

---

**Raj Patel** <rpatel4@nd.edu> Thu, Dec 14, 2017 at 2:46 PM
To: Peter Horvath <phorvath@nd.edu>
Cc: Kevin O'Rear <korear@nd.edu>, Anne Hamilton <Anne.C.Hamilton.4@nd.edu>

Hello Peter, please see the attached.

Raj Patel, JD Candidate
Notre Dame Law School 2018
rpatel4@nd.edu | 317-331-0008

[Quoted text hidden]

---

**2 attachments**

**updated_roi_for_the_law_school_updated_8_27_15.pdf**
171K

**updated_roi_fortreating_agent_updated_8_27_15.pdf**
216K

---

**Peter Horvath** <phorvath@nd.edu> Thu, Dec 14, 2017 at 2:54 PM
To: Raj Patel <rpatel4@nd.edu>
Cc: Kevin O'Rear <korear@nd.edu>, Anne Hamilton <Anne.C.Hamilton.4@nd.edu>

Thank you, Raj. I also want to make sure (1) you've reviewed the Readmission Memo and (2) you are in the process of having the Student Readmission Questionnaire and the Treatment Provider Questionnaire completed.

Regards,

Peter
[Quoted text hidden]

---

**Raj Patel** <rpatel4@nd.edu> Thu, Dec 14, 2017 at 3:48 PM
To: Peter Horvath <phorvath@nd.edu>, Kevin O'Rear <korear@nd.edu>, Anne Hamilton <Anne.C.Hamilton.4@nd.edu>

Hello Peter,

I have sent those things in. If re-admitted, I was hoping to take 6-7 business school credits before the law school semester; they will be on a S/U basis. I will then take 14-15 credits during the spring semester. If I can do this, I will be able to graduate in Spring 2018. I read Section 4.4.4.1.6 to be the exception to the 3 credit limitations per semester (4.4.4.1). I was wondering if my voluntary separation of leave would constitute a "extraordinarily compelling reasons." Therefore, I would like to see if the dean will waive the requirement per 4.4.4.1.

4.4.4.1. A student in the Law School may receive curricular academic credit for graduate-level courses taken in the Graduate School or the Mendoza College of Business ("Mendoza") as follows:

**4.4.4.1.1.** Up to three hours of curricular academic credit may count toward the minimum hour requirements in any

semester after the first year.

4.4.4.1.2. Up to nine hours of curricular academic credit may be credited toward the J.D. degree.

4.4.4.1.3. The determination of what constitutes a graduate- level course for purposes of this rule rests within the dean's discretion.

4.4.4.1.4. Students enrolled in joint degree programs described in section 4.7 are not subject to the limits imposed by section 4.4.4.1.1 and section 4.4.4.1.2 but are instead subject to the limits imposed by those programs.

4.4.4.1.5. For students enrolled in a second degree program at the University that is not part of a joint degree program described in section 4.7, the dean may waive the limits imposed by section 4.4.4.1.1 and section 4.4.4.1.2 for good cause.

**4.4.4.1.6.** For students not covered by section 4.4.4.1.4 or section 4.4.4.1.5, the dean may waive the limits imposed by section 4.4.4.1.1 and section 4.4.4.1.2, ***but only for extraordinarily compelling reasons***.

Best,

Raj Patel, JD Candidate
Notre Dame Law School 2018
rpatel4@nd.edu | 317-331-0008

[Quoted text hidden]