USDC IN/ND case 3:26-cv-00636-CCB-SJF document 12-10 filed 11/16/26 page 1 of 1

# EXHIBIT I

Raj Patel
rajp2010@gmail.com

---------- Forwarded message ---------
From: **Raj Patel** <rajp2010@gmail.com>
Date: Mon, Apr 30, 2018 at 4:46 PM
Subject: Letter for Re-admissions
To: Peter Horvath <Peter.F.Horvath.50@nd.edu>
Cc: Anne Hamilton <Anne.C.Hamilton.4@nd.edu>

Hello Peter,

My case is dismissed. Attached you will find a letter for re-admissions. I hope that this document can be destroyed because of its sensitivity. I feel like it is mutually beneficial if I re-enroll. If you find it appropriate, professors Root, O'Hara, Pruitt, Fick, or Mayer might be able to help better understand the document.

I am happy to schedule a recorded phone call upon your request. My phone number is 317-331-0008.

Best,

Raj Patel
rajp2010@gmail.com
--
Raj Patel

**Assuming that Patel was charged by constitutional Indiana authority, Patel had no risk in applying for come back from being "away" to NDLS.**

**"voluntary separation of LEAVE in good standing " is Heliocentric, whereas "while you've been away from NDLS" is Geocentric like in the Ptolemaic system...like the return is imminently anticipated.**

**Ind. C. §§ 35-38-9-10(b)(1)-(6), (e) [this is status quo], (h) [it would be absurad to think that UND-NDLS relied on the order], (i) [hopefully, they have destroyed the effected documents],**