USDC IN/ND case 3:26-cv-00636-CCB-SJF document 12-11 filed 11/16/26 page 1 of 6

EXHIBIT I-1

# Anthony J. Bellia Jr.

O'Toole Professor of



Constitutional Law
Concurrent Professor of Political Science

**Office:** 2115 Eck Hall of Law
**Phone:** 574-631-9353
**Fax:** 574-631-4197
**Email:** abellia@nd.edu [link:mailto:abellia@nd.edu]
**Staff Assistant:** Theresa Cadwell [link:mailto:tcadwell@nd.edu]
**CV:** View [link:/assets/681192/belliaajcv2026_03.pdf]
**SSRN:** View [link:http://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=431234]

Professor A.J. Bellia teaches and researches in the areas of constitutional law, federal courts, federalism, legal history, procedure, and contracts. Bellia's published works in these fields include numerous law review articles and the first American casebook on Federalism. Bellia joined the Notre Dame Law School faculty in 2000 and also has served as a visiting professor of law at the

University of Virginia School of Law (2007). He is the founding director of the Notre Dame Program on Constitutional Structure and a member of the American Law Institute (ALI).

Prior to joining the faculty in 2000, Bellia clerked for Associate Justice Antonin Scalia of the Supreme Court of the United States, Judge Diarmuid F. O'Scannlain of the United States Court of Appeals for the Ninth Circuit, and Judge William M. Skretny of the United States District Court for the Western District of New York. He also practiced law as an associate with Miller, Cassidy, Larroca & Lewin in Washington, D.C., litigating constitutional, criminal, and commercial cases in state and federal courts.

Bellia earned his J.D. summa cum laude in 1994 from the Notre Dame Law School, where he served as Editor-in-Chief of the Notre Dame Law Review. Bellia earned his B.A. summa cum laude from Canisius College in 1991, where he was named the outstanding graduate in economics and political science as well as a Harry S. Truman Scholar.

## Courses Taught

LAW60105, Contracts
LAW60307, Constitutional Law
LAW60308, Civil Procedure
LAW70311, Federal Courts
LAW 70318, Legislation and Regulation
LAW70372, Federalism
LAW70838, History of the Common Law
LAW73372, Federalism Seminar

## Scholarship

**Books**

The Law of Nations and the United States Constitution [link:https://global.oup.com/academic/product/the-law-of-nations-and-the-united-states-constitution-9780199841257?cc=us&lang=en&]. (Oxford University Press 2017) (with Bradford R. Clark).

Federalism [link:http://www.wklegaledu.com/aspen-select-series/id-9781454887683/federalism_second_edition] (2d ed., Aspen/Wolters Kluwer 2017).

Federalism [link:http://www.aspenlawschool.com/books/bellia_federalism/default.asp]. (Aspen/Wolters Kluwer 2011).

**Articles**

*The Charming Betsy* and the Role of Customary International Law Under the U.S. Constitution, 105 Texas Law Review ___ (forthcoming 2027) (with Bradford R. Clark).

Foreign Sovereign Immunity, Political Branch Primacy, and Judicial Restraint, 95 George Washington Law Review ___ (forthcoming 2027) (with Bradford R. Clark).

*Erie* and the Constitution's Constraints on General Law [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=6862347], 93 University of Chicago Law Review ___ (forthcoming 2026) (with Bradford R. Clark).

The Federalism Canons as Ordinary Interpretation [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=6144106], 120 Northwestern University Law Review 991 (2026) (with Bradford R. Clark).

Constitutional Federalism and the Nature of the Union [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=5046641], 66 William & Mary Law Review 281 (2024) (with Bradford R. Clark).

State Sovereign Immunity and the New Purposivism [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4766342], 65 William & Mary Law Review 485 (2024) (with Bradford R. Clark).

The Constitutional Law of Interpretation [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4327318], 98 Notre Dame Law Review 519 (2022) (with Bradford R. Clark).

The International Law Origins of American Federalism [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3471860], 120 Columbia Law Review 835 (2020) (with Bradford R. Clark).

Why Federal Courts Apply the Law of Nations Even Though it is Not the Supreme Law of the Land [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3255720], 106 Georgetown Law Journal 1915 (2018) (with Bradford R. Clark).

Justice Scalia, Implied Rights of Action, and Historical Practice [link:https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3025038], 92 Notre Dame Law Review 2077 (2017)

The Original Source of the Cause of Action in Federal Courts: The Example of the Alien Tort Statute, [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2600556] 101 Virginia Law Review 609 (2015) (with Bradford R. Clark).

Two Myths About the Alien Tort Statute [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2431860], 89 Notre Dame Law Review 1609 (2014) (with Bradford R. Clark).

General Law in Federal Court [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2222062], 53 William & Mary Law Review 655 (2013) (with Bradford R. Clark).

The Law of Nations as Constitutional Law [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2070644], 98 Virginia Law Review 729 (2012) (with Bradford R. Clark).

The Alien Tort Statute and the Law of Nations [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1777262], 78 University of Chicago Law Review 445 (2011) (with Bradford R. Clark).

The Political Branches and the Law of Nations [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1777267], 85 Notre Dame Law Review 1795 (2010) (with Bradford R. Clark).

The Federal Common Law of Nations [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1346554], 109 Columbia Law Review 1 (2009) (with Bradford R. Clark).

The Origins of Article III Arising Under Jurisdiction [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=970937], 57 Duke Law Journal 263 (2007).

Federalism Doctrines and Abortion Cases: A Response to Professor Fallon [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1001731],51 St. Louis University Law Journal 767 (2007).

State Courts and the Interpretation of Federal Statutes [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=903322], 59 Vanderbilt Law Review 1501 (2006).

Congressional Power and State Court Jurisdiction [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=742608], 94 Georgetown Law Journal 949 (2006).

State Courts and the Making of Federal Common Law [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=638061], 153 University of Pennsylvania Law Review 825 (2005).

Article III and the Cause of Action [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=912467], 89 Iowa Law Review 777 (2004).

Promises, Trust, and Contract Law [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=910204], 47 America Journal of Jurisprudence 25 (2002).

Contracting with Electronic Agents [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=910210], 50 Emory Law Journal 1047 (2001).

Federal Regulation of State Court Procedures [link:http://papers.ssrn.com/sol3/papers.cfm?abstract_id=916087], 110 Yale Law Journal 947 (2001).

**Shorter Articles**

Il vincolo all'assistenza aantitaria nel sistema federale degli Stati Uniti (The Health Care Mandate in the United States Federal System), Rivista dell'Associazione Italiana Costituzionalisti 1/2013 (translated from English to Italian by Davide Paris).

Re-examining Customary International Law and the Federal Courts: An Introduction [link:http://www.nd.edu/~ndlaw/faculty/belliaaj/BelliaIntroduction_Final.pdf], 85 Notre Dame Law Review 1787 (2010).

La sussidiarieta' e il sistema americano (Subsidiarity and the American Federal System), 18 Atlantide 41 (2010).

Federalismo e matrimonio omosessuale nell'Unione Europea: una prospettiva americana di diritto comparato (Federalism and Same-Sex Marriage in the European Union: A Comparative American Perspective), 2009/1 Quaderni Costituzionale 134 (2009) (translated from English to Italian by Annalisa Stefani).

Establishment and Judicial Administrability [link:http://www.nd.edu/~ndlaw/faculty/belliaaj/Bellia-252-BREstablishmentandJudicialAdministrability.pdf], 26 Constitutional Commentary 259 (2009) (review of Kent Greenawalt, Establishment and Fairness (2008)).

Form, Function, and Justiciability, 86 Texas Law Review See Also 1 (2007).

*Sosa*, Federal Question Jurisdiction, and Historical Fidelity, 93 Virginia Law Review In Brief 15 (2007).

**Briefs**

Amicus Brief in Support of Respondents in Kiobel v. Royal Dutch Petroleum Co. (No. 10-1491, in the Supreme Court of the United States).

## Areas of Expertise

- Civil Procedure
- Constitutional Law
- Contracts
- Federal Courts
- Federalism
- International Law
- Legal History

Copyright © 2026 University of Notre Dame

UNIVERSITY OF NOTRE DAME

The Law School Notre Dame, IN 46556 USA

Contact

Accessibility Information

Annual Clery & Fire Safety Reports