# UNIVERSITY OF NOTRE DAME

NOTRE DAME, INDIANA 46556

Patel, Raj K.
Student ID: XXXXX[redacted]
Soc Sec No: XXX-XX-[redacted]
Birth Date: 09-02-XXXX
Issued To: Raj Patel
rajp2010@gmail.com
Student Email: rajp2010@gmail.com

Date Issued: 30-APR-2018
Page: 1

**EXHIBIT M**

Course Level: Law Non-Degree
Program: NON-DEGREE LAW
College: Law School
Major: None

ICLEO 2015

| CRSE ID | COURSE TITLE | CRS HRS | GRD | QPTS | UND SEMESTER TOTALS ATTEMP HRS | EARNED HRS | GPA HRS | GPA | OVERALL TOTALS ATTEMP HRS | EARNED HRS | GPA HRS | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

********************* TRANSCRIPT TOTALS *********************************************************************

| | | | | |
|---|---|---|---|---|
| NOTRE DAME | Ehrs: | 0.000 | QPts: | 0.000 |
| | GPA-Hrs: | 0.000 | GPA: | 0.000 |
| TRANSFER | Ehrs: | 0.000 | QPts: | 0.000 |
| | GPA-Hrs: | 0.000 | GPA: | 0.000 |
| OVERALL | Ehrs: | 0.000 | QPts: | 0.000 |
| | GPA-Hrs: | 0.000 | GPA: | 0.000 |

********************* END OF TRANSCRIPT *********************************************************************

From University of Notre Dame to Raj Patel rajp2010@gmail.com on 04/30/2018 11:14 AM TRAN000014238390

From University of Notre Dame to Raj Patel rajp2010@gmail.com on 04/30/2018 11:14 AM TRAN000014238390

This PDF document may be validated. A printed copy cannot be validated. See attached cover page for additional information.