
SECURITY SCREENED
FROM:
FedEX Office
(317) 885-6480
8231 US 31 S
Indianapolis IN 46227
US
SHIP DATE: 14NOV26
ACTWGT: 1.03 LB
CAD: 251115902/WSXI3600
BILL 3rd PARTY
TO Clerk of Court
U.S. N. District. of Ind.
204 South Main Street
102 Federal Building
South Bend IN 46601
(574) 246-8000
(US)
INV:
PO:
REF:
DEPT:
FedEx Ground
G
TRK# 8800 0255 1990
46601
9622 0417 3 (000 000 0000) 0 00 8800 0255 1990
1465
0122